# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2017

154848

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

KENDALL MARCEL WILLIAMS-JOHNSON,
　　　　Defendant-Appellant.

SC:　154848
COA:　334544
Kalamazoo CC:　2015-000489-FC

_____/

　　　　On order of the Court, the application for leave to appeal the October 17, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2017



Clerk

p0531